JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br>  Plaintiffs,<br><br>        v.<br><br>DOUGLAS CAMERON AZIZ,<br>  Defendant. | CV 21-4468 DSF (AFMx)<br><br>Order GRANTING Motion to Remand (Dkt. 6) |

  Defendant removed this case from state court based on federal question jurisdiction.  Plaintiffs now move to remand the case.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for August 2, 2021 is removed from the Court's calendar.

  There are no federal claims asserted in the complaint.  Federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). Federal jurisdiction is also not available merely because the Court may have subject matter jurisdiction over other, related cases between the parties.

The motion to remand is GRANTED. The case is REMANDED to the Superior Court of California, County of Los Angeles. The Court declines to exercise its discretion to grant fees and costs under 28 U.S.C. § 1447(c) given Defendant's pro se status and apparent good faith in removing the case.

IT IS SO ORDERED.

Date: July 21, 2021

Dale S. Fischer
United States District Judge